IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYLAND DEE KIRKLAND,

    Plaintiff,                    No. CIV S-07-1124 WBS DAD P

    vs.

JAMES E. SHERIFF, JR., et al.,

    Defendants.           ORDER

_____/

        Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On November 5, 2008, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fifteen days. Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed November 5, 2008, are adopted in full;

2. Plaintiff's motion for temporary restraining order and preliminary injunction is denied;

3. Plaintiff's federal claims are dismissed with prejudice pursuant to the <u>Rooker-Feldman</u> doctrine; and

4. Plaintiff's supplemental state law claims are dismissed without prejudice pursuant to 28 U.S.C. § 1367(c).

DATED:   December 9, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

kirk1124.800